United States District Court,
Northern District of Indiana

DeAndre L. Kendrick #267253
Pro Se, Plaintiff

V.

United Cannabis Corporation
Defendant (s)

Civil Docket Number: 2:25-cv-511

[For a new case in this court, leave blank. The court will assign a case number.]

-FILED-
NOV 07 2025
At _____ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Prisoner Complaint

| Defendant(s) Name and Job Title | Work Address |
|---|---|
| United Cannabis Corporation Cannabis Manufactor | Address unknown |

1.) How many Defendants are you suing? **No.**
2.) What is the name and address of your prison? **Westville Correctional Facility, 5501 South 1100 West, Westville, Indiana 46391.**
3.) Did the event you are suing about happen there? **Yes**
4.) On what date did that occur? **May 28, 2024**
5.) Pursuant to 28 U.S.C 1915 the Pro Se, Plaintiff DeAndre L. Kendrick (D.O.C #267253) is requesting to proceed In Forma Pauperis.

6.) Pursuant to 28 U.S.C 1915(B)(4) the Pro Se, Plaintiff DeAndre L. Kendrick (D.O.C #267253) does not have the means nor assets to pay the initial partial filing nor Filing Fee. The Pro Se, Plaintiff DeAndre L. Kendrick (D.O.C #267253) has forwarded previously to the District court a print out of his six month transaction account with in the last Thirty day's, which nothing has changed with in his Financial means to pay the filing fee or Partial filing fee. The Pro Se, Plaintiff DeAndre L. Kendrick (D.O.C #267253) is requesting that the fee's be waived pursuant to 28 U.S.C 1915(B)(4).

## Claims And Facts

On approximately May 26, 2024 the Pro se, Plaintiff De'Andre L. Kendrick (D.o.c#267257) was seeking to purchase some cannabis from the United Cannabis Corporation. The pro se, Plaintiff De'Andre L. Kendrick (D.o.c#267257) placed a call to the United Cannabis corporation and once the receptionist for the United Cannabis Corporation had pick up the phone and engaged in communications with the Pro se, Plaintiff De'Andre L. Kendrick (D.o.c#267257) the receptionist stated to the Pro se, Plaintiff De'Andre L. Kendrick (D.o.c#267257) that it is not easy for her kind to uptain a recreational Cannabis card, when the Pro se, Plaintiff De'Andre L. Kendrick (D.o.c#267257) asked the United Cannabis corporation's receptionist what did she mean by her previous inquiry, the united cannabis corporations receptionist replied by asking the Pro se, Plaintiff De'Andre L. Kendrick (D.o.c#267257) "well, your black aren't you". The Pro se, Plaintiff request to speak to the united cannabis corporation's supervisor, The receptionist then terminated the phone call. The united Cannabis Corporation's receptionist did racially discriminate from doing business with the pro se, Plaintiff De'Andre L. Kendrick (D.o.c#267253) which did violate the Pro se, Plaintiff De'Andre L. Kendrick (D.o.c#267257) Eighth Amendment Constitutional Civil Rights.

7.) When did this event happen? After I was convicted while confined serving the sentence.

8.) Have You ever Sued anyone for this exact same event? NO

9.) Could You have used a Prison Grievance system to complain about this event? NO

10.) If You win this case, what do You want for the court to order the defendant to do?

" The Pro Se, Plaintiff De'Andre L. Kendrick (D.o.c #167253) wants to be Compensated one thousand Pounds of cannabis of his liking and Two hundred and Fifthy thousand Dollars for Damages and a Cannabis Catalog to order the one thousand pounds of cannabis from."

[Initial Each statement]

DLK ___ I will Pre-Pay the filing fee OR File a Prisoner motion to Proceed in Forma Pauperis.
DLK ___ I will Keep a copy of this complaint for my Records.
DLK ___ I will Promptly notify the court of any change of Address.
DLK ___ I will NOT send more than one of any filing to the court.
DLK ___ I will NOT send Summons, USM-285, waiver forms to the clerk.
DLK ___ I declare under Penalty of Perjury that the statement in this complaint are true.

I Placed this complaint in the Prison mail system on 10-26-25 At 10:00 pm

De'Andre L. Kendrick          #167253
Signature                     Prison Number