Name: _Bryant_

D.O.C.: 162253   Location: WCU-135

INDIANA DEPARTMENT OF CORRECTION
WESTVILLE CORRECTIONAL FACILITY
5501 South 1100 West
WESTVILLE, IN 46391

---

THIS IDENTIFIES THIS CORRESPONDENCE AS
HAVING BEEN MAILED BY AN INCARCERATED
INDIVIDUAL AT THE ABOVE CORRECTIONAL
INSTITUTION. "WARNING" NOT RESPONSIBLE
FOR CONTENTS. ANY ENCLOSED MONEY ORDERS
SHOULD BE REFERRED TO YOUR LOCAL
POST-MASTER BEFORE CASHING.

US POSTAGE IMI PITNEY BOWES
CORRECTION
ZIP 46391   $ 000.85
02 7W
0008039030 NOV. 03. 2025

US POSTAGE IMI PITNEY BOWES
ZIP 46391   $ 001.32
02 7W
0008039030 OCT. 30. 2025